# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MAC SYSTEMS, INC., an Oklahoma Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 18-cv-00356-GKF-FHM |
| (1) NAVIGATORS SPECIALTY INS. CO., a New York Corporation, | ) ) ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mac Systems, Inc. hereby voluntarily dismisses its complaint against Defendant, Navigators Specialty Insurance Co., with prejudice.

**BARBER & BARTZ**

s/ Adrienne N. Cash
Robert J. Bartz, OBA #580
Joe M. Fears, OBA #2850
Adrienne N. Cash, OBA #20038
525 S. Main Street, Suite 800
Tulsa, Oklahoma 74103-4511
Telephone: (918) 599-7755
Facsimile: (918) 599-7756
Email:  rbartz@barberbartz.com
            jfears@barberbartz.com
            acash@barberbartz.com
**ATTORNEYS FOR MAC SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

David Dale Proctor    dproctor@gphglaw.com, aamin@gphglaw.com

Robert Todd Goolsby    tgoolsby@gphglaw.com, lfoster@gphglaw.com

Seth Dale Coldiron    scoldiron@gphglaw.com, aamin@gphglaw.com, lfoster@gphglaw.com

                                        /s/ Adrienne N. Cash
                                        Adrienne N. Cash

3537-327