UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MAC SYSTEMS, INC., an Oklahoma Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>(1) NAVIGATORS SPECIALTY INS. CO., a New York Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-00356-GKF-FHM<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective counsel, that all claims be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

s/Adrienne Cash
Robert J. Bartz, OBA #580
Joe M. Fears, OBA #2850
Adrienne N. Cash, OBA #20038
BARBER & BARTZ, P.C.
525 S. Main Street, Suite 800
Tulsa, Oklahoma 74103-4511
Telephone: (918) 599-7755
Facsimile: (918) 599-7756

Email: rbartz@barberbartz.com
       jfears@barberbartz.com
       acash@barberbartz.com

*Attorneys for Plaintiff,*
*Mac Systems, Inc.*

s/ R. Todd Goolsby *
R. Todd Goolsby, OBA #12676
David S. Proctor, OBA #13863
Seth D. Coldiron, OBA #20041
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
701 N. Broadway, Suite 400
Oklahoma City, Oklahoma 73102
Telephone: (405) 524-2400
Facsimile: (405) 525-6004

Email: tgoolsby@gphglaw.com
       dproctor@gphglaw.com
       scoldiron@gphglaw.com

*Attorneys for Defendant,*
*Navigators Specialty Ins. Co.*

*Submitted with permission of Counsel